IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN
DIVISION

CEDRIC ALONZA ROBERTS #139977
PLAINTIFF

-VS-    CIVIL ACTION 2:14-cv-160-MEF

WARDEN: KARLA JONES ET.AL
DEFENDANT

COMPLIANT FOR PRELIMINARY MANDATE OR DIRECTIVE
DEPRIVATION OF ESSENTIAL DISPENSABLE HUMAN NEEDS
FOR DECOROUS AND IMPREGNABLE UNSCATHED
SPECIFICATIONS.

ON THE 7TH DAY OF SEPTEMBER 2012 THE ABOVE PLAINTIFF CEDRIC ROBERTS #139977 ARRIVED AT EASTERLING CORRECTIONAL FACILITY LOCATED AT 200 WALLACE DR. CLIO AL 36017. THE PLAINTIFF CEDRIC A. ROBERTS COMMEMORATED ABRUPTLY UPON REACHING HIS HOUSEING UNIT. DORMATORY E-1 THERE WERE MANY DELECTERIOUS AND PERNICIOUS SITUATIONS AND ITEMS WHICH MAKES AND PLACES THIS INSTITUTION IN AN EXTREMELY ABUSIVE AND ACRIMONIOUS LIVING CONDITION. ETC....

CONDITIONING COMPLIANT OF AREA'S

DEFICIENT IMPERFECT INADEQUATE LAW LIBRARY FACILITY/ UNSANITARY DOUSE WATER SYSTEM/ SQUALID INDECENT PLACE FOR EATING/ OVER MASSIVELY JOSTLED IN LIVING QUARTERS/ TREMENDOUS ABSTRACTIONS OF INMATE FUNDS BEING SENT "MAILED" AND RECIEVED AT THIS INSTITUTION/ INFESTED WITH RODENTS, BUGS, SNAKES AND SPIDERS. RULED "HOT" DORM.

-ARGUMENTS IN FACTS-

↓

SCANNED

## COUNT #1
### - LAW LIBRARY -

THE LAW LIBRARY HERE IS NOT SUFFICIENT. THERE IS NO ROOM IN THIS INADAQUATE AREA FOR LEGAL ASSISTANCE. THERE IS ONLY "2" TWO COMPUTERS PLACED IN THIS LAW LIBRARY FOR LEGAL USE AT THE PRESENT ABOUT 30 to 40 BOOKS FOR THE PURPOSE OF LEGAL RESEARCH. YOU "EACH INDIVIDUAL" ONLY HAVE "2" TWO HOURS PER PERSON TO RESEARCH. ANYONE KNOWS THAT WHEN YOU'RE WORKING OR DEALING WITH COURTS. IT TAKES TIME AND THE TWO HOURS THAT IS ALLOWED IS INSTALLED BY WAY OF REQUEST TO THE ADMINISTRATION THAT RARELY ANSWER REQUEST FORMS. OF THE TWO COMPUTERS THEY HAVE HERE ONLY ONE IS BEING FOR THE GENERAL POPULATION INWHICH IS WELL OVER 1400 INMATES. AND DUREING USE OF THE COMPUTER YOU HAVE ONLY "30" THIRTY MINUTES TO USE THE COMPUTER AND THIS TIME IS TAKEN FROM THE "2" TWO HOUR RESEARCH LIMIT. THE OTHER COMPUTER HAS BEEN APPROVED ONLY FOR THE USE OF THE LAW LIBRARY CLERK. PAPERS BEING RETURNED TO THE COURTS ARE NEVER DONE ON TIME DUE TO THE APPROVED TIME FOR LEGAL WORK. THE ONLY WAY YOUR LEGAL WORK IS RETURNED ON TIME IS TO HIRE THE CLERK OF THE LAW LIBRARY TO DO YOUR LEGAL WORK FOR YOU. THE BOOK THAT ARE TO BE USED IN THE LIBRARY ARE OLD AND OUT DATED. ONLY THE 5TH & 11TH CIRCUIT ARE AVAILABLE AT THIS INSTITUTION.

## COUNT #2
### - WATER - SHOWER -

THE WATER SYSTEM THAT IS USED ARE VERY OULSED. THE SHOWER WATER HAS AN OILY FILMY FEEL TO THE BODY WHILE SHOWERING AND AFTER RINSEING THE WATER OFF THE BODY. THIS IS ALWAYS THE SAME. THIS IS THE SAME WATER WE ARE MADE TO DRINK AND COOK OUR FOOD WHEN SHOWERING THE WATER IS VERY UN CUMFATABLE TO THE BODY. THE CONTENTS OF THE WATER ARE VERY TO THE BODY CAUSEING IRRITATIONS AND ILLNESSES. THERE HAS BEEN NUMEROUS ACCOUNTS OF INMATES HAVING SKIN IRRITATIONS FROM THE WATER. OTHER ILLNESSES HAS BEEN REPORTED SUCH AS RASHES, RED BUMPS, ITCHING. THE WATER IS SO BAD YOU CAN SEE THE COLOR IS NOT CLEAR. ALSO IT TURNS OUR CLOTHING FROM WHITE TO BROWN WHEN THIER BEING WASHED. DUREING DAILY SHOWER THERE'S ONLY "2" HOURS TO SHOWER FOR APPROXIMATELY "126-130" ONE HUNDRED TWENTY SIX - ONE HUNDRED THIRTY INMATES. THATS ONLY "120 min" ONE HUNDRED TWENTY - MINUTES MIN. DOESN'T ALLOW EACH INMATE ONE MIN. TO SHOWER DAILY BEFORE THE OFFICER ORDERS "NO MORE SHOWERS". IF YOU'RE COUGHT IN THE SHOWER YOU WILL RECIEVE A DISAPLINARY FOR DISOBEYING A DIRECT ORDER OR BEING IN A UNAUTHORIZED AREA.

"MRSA" IS PREVALENT - ACCEPTED - PREDOMINANT - UBIQUITOUS - HERE AT EASTERLING CORRECTIONAL FACILITY.

# Count #3
## – Bathroom Conundrum – Condictions

Bathroom accomadations are not enough to satisfy nor oblige the amount of inmates housed in its quaters. For exemplification. You have only "2" two shower trees both in "1" one shower stall. Each shower tree has only "4" four head's for showering purposes "which is 8 heads for showering per. dorm. A "4" four foot urinal inwhich is sets approximately "2" two feet infront of the toilets exposed there are "5" five commodes align next to one another approximately "2" two feet apart without a divider between either commode. And only "6" six sinks to accomadate a number of "120-130" one hundred twenty to one hundred thirty men. This is very in-humane to have a person wait for "4-5" four thur five min. for a sink or commode or a sometime even longer wait for a shower. It is factually in-humane to have any person to wait that long for to defecate or urinate. Mother nature has past its time in some elucidations. Men were unable to tarry.

# Count #4
## The Kitchen - Cafeteria

After much scrutinizeing of the kitchen it has many inmate afraid to eat because of it's many conditions we have not much of a choice due to the small rations of food distributed to us as a meal. If we don't eat it along with it's conditions we are more likely to starve. The kitchen always has unsafe, unhealthy, endangered, hazardous, insecure and perilous condiction and equiptment and lack of care, concern and considerations by those appointed by the administration and administrative staff itself. Which counts for the warden and stewards of produce equality products and service "ie meals". The temperature of the food are not regulation. It's cold and under served. Bread, cakes and beans are under cooked. The bread are doughie. Cake's are spots of uncooked flour. Beans are hard "uncooked" when served trays which are being eaten from are very unsanitary, when taken from tray cart for serving. Trays are wet with water and food from the washer. The washers waters are not being changed per. meal's. For the serving of lunch. Grits, eggs and peanut butter from the previous morning are on the trays. This is inhumane. There are trash "cans" containers for the purpose of disposeing uneaten food and these trash containers sit's outside of the dish room next to the juice coolers inwhich we are to drink from daily the drinking cups constantly has grits, eggs, greens inside the cups after leaveing the dish washer room. This also is very unsanitary to the whole general population. There is no kitchen worker

### Kitchen "Cont"

In kitchen to clean tables after one dorm has left therefore it leaves food, trays and cups on the tables. The tables are left in this condition during the serveing of the meal unless the incomming dorm cleans it up.

### Count #5
### Over Crowding Conditions

Due to over crowding conditions at Easterling Correctional Facility the inmates are at a very high volocity and rapid rate of haveing verbal and physical altercations which has caused puntureing stab wounds inwhich has been hid and covered from society. The over crowdness is surely the most serious of problems of the Alabama Department of Correction. It is stressful, burdening, compulsionable, forcefull, pressing, strainful, and weighty being packed in here together like cow's trampleing one another in stampeeds to feeding stalls. Here at Easterling Correctional Facility the out side yard is very limited due to the over crowdedness of the institution. During yard call only "2" two or "3" three dorm's are placed on the yard at a time. Also because of being under staff. This being, it allows the inmates to remain in-side, continually crammed and stuffed in thier assigned dormitory. At times the shift commander will sign the shift log stateing that yard call had been called and being that yard call had not been called it places much stress on the inmates which were suppose to have had yard call and didnt. It causes fights and riots. When this is brought before the head of administration "warden: Karla Jones" her reply was "Deal with it. I Go Home". Being that this institution is very much over crowed its hard to maintain and grasp reabiletation. I'm not tring to get into any altercation with other inmates because of space issues, if I can help it. But it is hard to do under these strainious conditions.

### Count #6
### Segregation-Lock-up Unit

↓

# Continue Count #6
## Segregation Lock-up Unit

This complaint is in two parts and is the most diabolical and cruel of all complaints filed at this institution. Segregation here at Easterling are in two parts. (1) One. The what they call the major or big seg. in which is "B. Dorm unit or Seg. for short. At this peticular houseing unit during the mornings "Mon thru Fri" the officers are taking the inmates mattresses at 6:00am and not giving them back until 6:00pm thats (12) twelve hours for inmates to sleep on steel bed's without covers. Foods are brought on trays from across a compound of over (100) one hundred yards or more. Once for cart arrive at this segregation unit the foods are very cold and hard. It is then left outside in the lobby until the segregation officer feel or decides he is ready to pass the trays out. These are single inmates cells but each cell has been converted into double inmate cells. There is very little ventalation and alway very hot and hard to breath. There is no intercom system in cell to contact cubicle officer in case of an emergency inmate has to beat and kick on doors to get the officer attention and once the officer find out who was kicking the door they write the inmates up. Officer are to make walk around every (15) fifteen minutes. But they rarely come around to check cells ever hour. There is a timer on the toilet. The toilet can only be flushed twise every hour. For two people in the cell defication and urine are often caught left in the toilets due to being unable to flush. And the smell is noxious and unbarable. Let me remind you that it is extremely hot with no room for air ventilation. Once the segregation time or period is over. You then has to remain in segregation because of the over crowded situation here at Easterling. The only way to leave segregation is that another inmate in the general population has to get into trouble go to segregation. And once you're released from segregation they place you in what I call part (2) two of this complaint. Another dorm for a considered segregation. Called C-Dorm-1. Or Hot Dorm. Inmates are being kept in this place that no longer has restriction. After having no restriction, they remain on restriction status. Can't use the phone, get visits, catch store, nor go outside as other inmates who is not on some type of restriction this as well as these alligations are true and harsh in a cruel and inhumane manner. Being housed in segregation after completeing your given segregated infraction is against the rules and law's of this institution and any other institution. The "Hot Dorm-C-1. Is very bizarre. Farcical, incongruous, and outlandish very ridiculous. These situations has inmates saying start a riot. Because of the warden and the dissions she is making and her nonchalant disposition. When confronted with the situation the warden statement was "Deal with it. I go home." Warden: Karla Jones will order officers to beat and fight inmates such as: Darrell Bell

## Count #1
## Corizon Medical Service
### AT: Easterling Correctional Facility:
### -Health Care-

Health care is very important at this facility and are very much needed to help the many inmates at Easterling. But when the issue's being brought to the health facility are not being carefully scrutinized then problems of this sort began to come forth. Before seeing the doctor there is a sick call form to be filled out. Most times these slips/forms are filled out and put in its proper place. The slip comes up lost. And sometimes it is received but your name doesn't comes out on the sick call list for tonight. Even though it's not there the institution still takes.(4) four dollars for the slip. Four dollars for not seeing the nurse. Four dollars for not meet the appointment and four dollars for medication. That you never got. You are not allowed to sign a waiver anymore providing you do not want to see the doctor in which is the purpose for the waiver. We are not allow to get and file grievence for mistreatments against us. Pertaining the grievence we are dictated by the staff whether the situation is suitable enough for them "for us" to file an agrievence form on the medical staff. It has been documented that inmates has been given the wrong medication during pill call by the nurse. There are cases documented where inmates given wrong meds has attracted different illnesses. One case where an inmate had to have a blood transfusion because he was diagnose whit being blood poison by contaminated food but come to fact he was pescribe the wrong medication by the head doctor. And had to be admitted in the health care services and taken to a Baptish Medical Center of Montgomery Alabama. And later brought back to the Easterling facility and placed in the health care unit here. Inmates has died here and quietly taken out of the institution. There are inmates willing to stand and speak the truth about the actual, authentic, unaffected, unadulterated, veritable, unquestionable truths and facts that really goes on behind these walls. Officers such as Darrell Bell.

### ~~XXXXXXXX XXX~~ CONCLUSION

I'm asking that a momentous, austere, profound and staid investigation be done upon this institution and its facilitators.
### -Very Important Notice-

Do not warn the institutional warden about your arrival because when you do she orders a full lock down with no ~~inmates outside to speak truth about the on going condition~~

↓

## CONCLUSION Cont.

AT EASTERLING, ALSO THE ADMINISTRATION EAGARLY AND IMPETUOUSLY THREATEN THE INMATES TO CLEAN AND DO THINGS THAT THEY NORMALLY DO NOT CARE FOR. ALSO THERE ARE SOME INMATES HERE THAT THE STAFF HAS "HAND PICKED" CHOSEN TO SPEAK FOR THIER BETTERMENT OF THE INSTITUTION AND WILL SPEAK NOT THE TRUTH, BUT THERE ARE OTHER INMATES THAT DESIRES TO SPEAK TRUTH. ONCE YOU'VE NOTIFIED ME IN RESPONSE TO THIS SUIT I WILL FORWARD YOU THE NAMES OF INMATES THAT WILL SPEAK TRUTH OF THE CONDITIONS HERE AT EASTERLING CORRECTIONAL FACILITY. I ALSO REQUEST THAT AN ORDER BE PLACED FOR AN IMMEDIATE TRANSFERR FOR MY SAFTY FOR FILING AGAINST WARDEN: KARLA JONES & H AND THE STAFF AT THIS INSTITUTION.

## Relief Solicit. Sought.

UPON RECIEVEING THIS COMPLAINT AGAINST THIS INSTITUTION AND OF MY KNOWING HOW THIS ADMINISTRATION ARE VERY HOSTILE AGAINST THE INMATES AT THIS FACILITY. AND THE RETALIATION THAT MAY COME BEHIND THIER RECIEVEING THIS COMPLIANT AGAINST THEM I'M ASKING THAT YOU TRANSFERR ME TO ANOTHER LEVEL "4" FOUR STATE PRISON FOR ME FEARING WHAT I'VE SEEN IN THE PAST TO HAPPEN TO OTHER PRISON INMATES FOR SPEAKING AGAINST WARDEN: KARLA JONES. PLEASE KNOW THAT MY TIME HERE IS VERY SHORT BUT I FEAR THEY WILL MAKE IT LONGER. BY AGGRESSION AND CONSTANT WRITE UP.

Respectfully Submitted.

ON THIS 3rd DAY OF March 2014.

Cedric A. Roberts #139977
Cedric A. Roberts 139977

Mr. Cedric A. Roberts #139977
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, Alabama 36017



SECURITY
MAR 07 2014
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

35203$203

Office of:
Clerk, UNITED STATES DISTRICT
NORTHERN DISTRICT of ALABAMA
HUGO BLACK UNITED STATE COURT
1729 5TH AVENUE NORTH
BIRMINGHAM, Alabama 35203

OFFICIAL BUSINESS